STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JACOB ROSENTHAL, PLAINTIFF IN ERROR.

Submitted July 6, 1914—Decided October 16, 1914.

On error to the Supreme Court, whose opinion is reported in 85 *N. J. L.* 564.

For the defendant in error, *Andrew Van Blarcom.*

For the plaintiff in error. *John A. Bernhard.*

PER CURIAM.,

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, BOGERT, VREDEN-BURGH, HEPPENHEIMER, WILLIAMS, JJ.   11.

*For reversal*—None.